VINCENT R. FISHER (SBN 276334)
vfisher@mcolaw.com
MCALLISTER OLIVARIUS
5 Wells Street
Saratoga Springs, New York 12866
Telephone:  (518) 633-4775
Facsimile:  (781) 658-2480

Attorney for Plaintiffs
NEFERTITI TAKLA
KRISTEN HILLAIRE GLASGOW

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| NEFERTITI TAKLA and KRISTEN HILLAIRE GLASGOW,<br><br>    Plaintiffs,<br><br>  v.<br><br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>    Defendant. | Case No.: 2:15-CV-4418 (CAS)<br><br>[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE<br><br>BEFORE:  HON. CHRISTINA A. SNYDER<br><br>FED. R. CIV. P. 41 |

## [PROPOSED] ORDER OF DISMISSAL

The parties' joint stipulation and [proposed] order for dismissal with prejudice is approved.  The entire action, including all claims and any counterclaims stated herein against all parties, is hereby dismissed with prejudice.

 DATE:  September 13, 2016

_____
Hon. Christina A. Snyder
UNITED STATES DISTRICT JUDGE